**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KATHERINE GIZINSKI,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:16-cv-00589** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **MISSION MOBILITY, LLC,** | : | |
| **Defendant** | : | |

## <u>ORDER</u>

**AND NOW**, this 15th day of March 2017, for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT** Defendant's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) or; Alternatively, for Transfer of Venue (Doc. No. 5), is **GRANTED IN PART and DENIED IN PART**.  Specifically, Defendant's motion to dismiss is **DENIED**, but Defendant's motion to transfer venue is **GRANTED**.  The Clerk of Court is directed to transfer this proceeding to the United States District Court for the Eastern District of Virginia.

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania